## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LASHAUNNA AIKENS, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 21-434 |
| ) | |
| v. ) | Judge Cathy Bissoon |
| ) | Chief Magistrate Judge Cynthia Reed Eddy |
| RED LOBSTER, ) | |
| ) | |
| Defendant. ) | |

### **MEMORANDUM ORDER**

This case has been referred to Chief United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On April 9, 2021, Chief Magistrate Judge Eddy issued a Report and Recommendation (Doc. 3) recommending that Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. 1) be granted and that this action be dismissed with prejudice as frivolous pursuant to 18 U.S.C. § 1915(e)(2)(B) and that Plaintiff be put on notice that filing future frivolous lawsuits will result in sanctions being imposed against her. No objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that: Plaintiff's Motion for Leave to Proceed *in forma pauperis* (**Doc. 1**) is **GRANTED**; Plaintiff's complaint is frivolous and accordingly, this action is **DISMISSED WITH PREJUDICE** pursuant to 18 U.S.C. § 1915(e)(2)(B); and Chief Magistrate Judge Eddy's Report and Recommendation (**Doc. 3**) is **ADOPTED** as the Opinion of the District Court. Plaintiff hereby is given notice that, should she continue to file frivolous lawsuits, she will be ordered to show cause why she should not be sanctioned under Rule 11.

Such sanctions "may include nonmonetary directives [or] an order to pay a penalty into court[.]" Fed. R. Civ. P. 11(c)(4).

    IT IS SO ORDERED.

May 20, 2021

s\Cathy Bissoon  
Cathy Bissoon  
United States District Judge

cc (via U.S. First Class Mail):

Lashaunna Aikens  
406 Short Canal Street  
Sharpsburg, PA 15215